IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION          MDL No. 2326

THIS DOCUMENT RELATES TO THE CASES LISTED ON EXHIBIT A

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order entered in the cases on Exhibit A, the court **ORDERS** that judgment be entered in favor of the defendant, Boston Scientific Corp., and that the cases on Exhibit A be dismissed and stricken from the docket of this court.

The court **DIRECTS** the Clerk to send a copy of this order to counsel of record and any unrepresented parties.

ENTER: January 21, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

|    | Civil Action No. | Case Style | ECF No. of Motion |
|----|------------------|------------|-------------------|
| 1  | 2:12-cv-05164 | Rainey et al v. Boston Scientific Corporation | 63 |
| 2  | 2:13-cv-00103 | Longo et al v. Boston Scientific Corporation | 16 |
| 3  | 2:13-cv-16436 | Savov et al v. Boston Scientific Corporation | 25 |
| 4  | 2:13-cv-18881 | Garcia et al v. Boston Scientific Corporation | 23 |
| 5  | 2:13-cv-21284 | Roth v. Boston Scientific Corporation | 11 |
| 6  | 2:13-cv-29356 | Moore et al v. Boston Scientific Corporation | 19 |
| 7  | 2:13-cv-30250 | Moss et al v. Boston Scientific Corporation | 19 |
| 8  | 2:15-cv-07583 | Edmondson et al v. Boston Scientific Corporation | 25 |
| 9  | 2:15-cv-13135 | Brosie et al v. Boston Scientific Corporation | 17 |
| 10 | 2:17-cv-03031 | High v. Boston Scientific Corporation | 14 |